UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY RAY ALLEN (#324542)

VERSUS

18TH JUDICIAL JUDGE JAMES BEST

CIVIL ACTION

NO. 10-0415-FJP-DLD

O P I N I O N

    After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

    IT IS ORDERED that the plaintiff's action shall be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915 and 1915A.

    Judgment shall be entered accordingly.

    Baton Rouge, Louisiana, September 14, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46912